Luis E. Lorenzana, Bar No. 248162
llorenzana@littler.com
Joshua Souk, Bar No. 312404
jsouk@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
SSP AMERICA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA TORRES, individually and on behalf of all others similarly situated; and OLGA HARBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SSP AMERICA, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **'25CV2524 BEN AHG**<br><br>*[Removed from San Diego Superior Court Case No. 25CU043037C]*<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Trial Date:         Not Yet Set<br>Complaint Filed:  August 14, 2025 |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant SSP AMERICA, INC. hereby discloses the following:

Defendant SSP America, Inc. is a corporation incorporated under the laws of the state of California with its principal place of business located in Ashburn, Virginia. SSP America is a division of the SSP Group PLC, which is headquartered in London, England and whose shares are listed on the London Stock Exchange under the symbol SSPG.

Dated: September 24, 2025

/s/ Luis E. Lorenzana
Luis E. Lorenzana
Joshua Souk
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SSP AMERICA, INC.

4928-6938-5577 / 101383.1015